LOTTIE P. BILLINGHAM, Respondent, *v.* E. P. GLEASON MANUFACTURING COMPANY, Appellant.

*Billingham* v. *Gleason Manfg. Co.*, 101 App. Div. 476, affirmed.
(Submitted May 9, 1906; decided May 25, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action by the legatee of a stockholder to have a dividend certificate previously issued by defendant and payable at its pleasure declared presently payable and to recover the amount thereof.

*Roderick Robinson* for appellant.

*Oscar Wagner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, and HISCOCK, JJ. Not sitting: WILLARD BARTLETT, J.

---

CHARLES E. EDWARDS, Respondent *v.* CLARA WATERMAN, Appellant.

*Edwards* v. *Waterman*, 102 App. Div. 624, affirmed.
(Argued May 9, 1906; decided May 25, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 8, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover a balance alleged to be due upon a building contract.

*Herbert Goldmark* and *George C. Coffin* for appellant.

*Harry W. Moore* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and HISCOCK, JJ. Not sitting: WILLARD BARTLETT, J.